# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0273.  IN THE INTEREST OF N. Y. L. V., A CHILD**

The Appellant in the above-styled case has filed a motion entitled Appellant's Motion To Withdraw Appeal.  Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  01/08/2021*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*